UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON MCDUFFIE; ALVITA ROBERTS; and CAROL TERRELL, ) ) ) Appellants, ) ) v. ) ) ) CHESTER M. WEST and PHYLLIS J. ) WRIGHT-WEST, ) ) Appellees. ) ) IN RE: ) CHESTER MCKINLEY WEST ) and PHYLLIS JEAN ) WRIGHT-WEST, ) ) Debtors. ) | **JUDGMENT** No. 5:15-CV-557-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2016, and for the reasons set forth more specifically therein, that the court REVERSES the bankruptcy court's evidentiary ruling and VACATES the bankruptcy court's order granting debtors' motion to avoid appellants' judicial lien made pursuant to 11 U.S.C.§ 522(f). The court REMANDS this case to the bankruptcy court for further proceedings not inconsistent with this court's opinion.

**This Judgment Filed and Entered on August 2, 2016, and Copies To:**

Richard D. Allen (via CM/ECF Notice of Electronic Filing)
Chester West & Phyllis Wright West (via U.S. Mail) 8829 Kirkstall Ct., Raleigh, NC 27615

August 2, 2016              JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk